1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Criminal Case No. 06CR1905-BEN
                                         )
12            Plaintiff,                 )
                                         )
13                                       )   [PROPOSED] ORDER TO CONTINUE
         v.                              )   SENTENCING HEARING
14                                       )
                                         )
15   MIGUEL ANGEL LEON,                  )
                                         )
16            Defendant.                 )
                                         )
17   _____ )

18            Upon motion of the UNITED STATES OF AMERICA, and the defendant, and good cause

19   appearing.

20            IT IS HEREBY ORDERED that the motion hearing in the above-referenced case be

21   continued from Monday, December 3, 2007, at 9:00 a.m. to Monday, January 14, 2008 at 9:00 a.m.

22            Time is excluded between December 3, 2007 and January 14, 2008 for purposes of the

23   Speedy Trial Act due to the Court considering the guilty plea.  Defendant is in custody.

24            IT IS SO ORDERED.

25

26   DATED:  December 3, 2007

27                                       _____

28                                       Hon. Roger T. Benitez
                                         United States District Judge